IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| SHEDRICK ALEXANDER, | }<br>} |
| Plaintiff, | }<br>} |
| v. | }      CASE NO. ~~CV-05-1030~~   2:05 cv 508-M |
| CON-WAY TRANSPORTATION SERVICES, INC., | }<br>}<br>} |
| Defendant. | } |

## DEFENDANT CON-WAY TRANSPORTATION SERVICES, INC.,'S NOTICE OF FILING NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), defendant Con-Way Transportation Services, Inc., hereby gives notice to the Circuit Court of Montgomery County, Alabama and to Michael J. Crow, Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., as attorneys for plaintiff, this plaintiff being the only adverse party, that this defendant has filed a Notice of Removal with the United States District Court for the Middle District of Alabama, Northern Division, and that this case has been removed to that Court. A true and correct copy of the Notice of Removal is attached hereto.

Respectfully submitted this the 27th day of May, 2005.

                               _____
                               Duncan Y. Manley
                               William R. Pringle
                               Attorneys for Defendant Con-Way
                               Transportation Services, Inc.

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 N. 20th Street, Ste. 1800
Birmingham, Alabama 35203-2607
(205) 795-6588
(205) 328-7234

## CERTIFICATE OF SERVICE

I hereby certify that I have placed a copy of the foregoing Notice of Filing Notice of Removal in United States mail, first class postage prepaid and properly addressed to the following on this the 27th day of May, 2005:

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL