IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHEDRICK ALEXANDER, | } |
| Plaintiff, | } |
| v. | } CASE NO. 2:05cv508-M |
| CON-WAY TRANSPORTATION SERVICES, INC., | } |
| Defendant. | } |

*RECEIVED 2005 MAY 27 P 4:24 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT AL*

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Comes now defendant Con-Way Transportation Services, Inc., pursuant to Federal Rule of Civil Procedure 7.1, and states that CNF, Inc., a publicly held Delaware corporation, is the 100 percent parent corporation of defendant Con-Way Transportation Services, Inc.

Respectfully submitted this the 27th day of May, 2005.

_____
Duncan Y. Manley (MAN 003)
William R. Pringle (PRI 066)
Attorneys for Defendant Con-Way
Transportation Services, Inc.

OF COUNSEL:

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL  35203
Telephone:   (205) 795-6588
Facsimile:   (205) 328-7234

## CERTIFICATE OF SERVICE

      I hereby certify that I have placed a copy of the foregoing Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 in United States mail, first class postage prepaid and properly addressed to the following on this the 27th day of May, 2005:

Michael J. Crow
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
P.O. Box 4160
Montgomery, AL 36103-4160

_____
OF COUNSEL