IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SHEDRICK ALEXANDER, | * |
| Plaintiff, | * |
| Vs. | * CASE NO.: 2:05CV508-M |
| CON-WAY TRANSPORTATION SERVICES, INC.; and JEFFREY CAMPBELL, | * |
| Defendants. | * |

## MOTION TO REMAND

Plaintiff, Shedrick Alexander, requests the Court to remand this action to the Circuit of Montgomery County, Alabama. And as grounds for his motion, he would show the following:

1. On April 22, 2005 Plaintiff filed a 5 count Complaint against Defendants Con-Way Transportation and Jeffrey Campbell and Fictitious Defendants "A", "B" and "C". (See Exhibit "A")

2. In Plaintiffs Complaint he set forth Jeffrey Campbell as a Defendant in paragraph 2 of the Complaint.

3. Plaintiff, Shedrick Alexander, alleges in paragraphs 7, 8, 10, 11, and 12, factual allegations referencing Defendant Campbell.

4. Plaintiff Alexander alleges in counts 1, 2, and 3 specific claims against Defendant Jeffrey Campbell.

5. Plaintiffs counsel filed a Summons and Complaint on April 22, 2005 directing the Circuit Clerk of Montgomery County to serve Jeffrey Campbell by certified mail at 1017 Parkwood Circle, Birmingham, Alabama. (See Exhibit "B")

6. Plaintiffs counsel amended his Complaint on June 10, 2005 requesting the Court allow him to place Jeffrey Campbell within the caption of his Amended Complaint.

7. It is abundantly clear that Plaintiff Alexander intended to name Jeffrey Campbell as a Defendant in his original Complaint, and in fact, alleges Jeffrey Campbell is a citizen of the State of Alabama in paragraph 2 of his Complaint.

8. Plaintiff argues that pursuant to 28 U.S.C. 1447(c)(e) that the Court has no jurisdiction or has no concurrent jurisdiction over this matter since there is not diversity of citizenship between the Plaintiff and the Defendants in this case. It is clear that for this Court to have jurisdiction over this matter, there has to be complete diversity among the parties. Since Jeffrey Campbell is a citizen of the Birmingham, Alabama, there is not complete diversity among the parties.

9. Further, Plaintiff argues that pursuant to 28 U.S.C. §1446(b), that Defendant Con-Way Transportation has failed to obtain consent from all Defendants in this case. Assuming that Defendant Con-Way Transportation obtained consent from Defendant Campbell, this petition for removal is defective, since Defendant Campbell is a citizen of the State of Alabama. (See Holder v. City of Atlanta, 925 F.Supp. 783 (1996, N.D. GA) and Miles v. Kilgore, 928 F.Supp. 783 (1996, N.D. ALA)

WHEREFORE, Plaintiff requests the Court to remand this matter back to the Circuit Court of Montgomery County, Alabama.

/s/Michael J. Crow
MICHAEL J. CROW (CRO039)

OF COUNSEL:

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
P.O. Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of June, 2005, a copy of the foregoing was served on all counsel of record by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed.

    /s/Michael J. Crow
    OF COUNSEL

Duncan Y. Manley
CHRISTIAN & SMALL, LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203