IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

SHEDRICK ALEXANDER, \*
\*
    Plaintiff, \*
\*
Vs. \*
\* CASE NO.: CV-05-_____
CON-WAY TRANSPORTATION \*
SERVICES, INC.; and Fictitious \*
Defendants A, B, & C, whether singular \*
or plural, those persons, corporations, \*
partnerships or other entities whose \*
negligence and wantonness cause \*
contributed to the Plaintiffs injuries, \*
that whose true and correct names are \*
unknown at this time, but will be \*
substituted by amendment when \*
ascertained, \*
\*
    Defendants. \*
\*

FILED CIRCUIT COURT OF MONTGOMERY COUNTY
2005 APR 22 PM 3:46

## SUMMONS

This service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure*.

NOTICE TO:    JEFFREY CAMPBELL
                      1017 Parkwood Circle
                      Birmingham, Alabama 35215

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

        Mr. Michael J. Crow
        BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                                             CIRCUIT CLERK

Dated: _____

EXHIBIT B