IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| SHEDRICK ALEXANDER, | * |
| Plaintiff, | * |
| Vs. | * |
| | * CASE NO.: CV-05-_____ |
| CON-WAY TRANSPORTATION SERVICES, INC.; and Fictitious Defendants A, B, & C, whether singular or plural, those persons, corporations, partnerships or other entities whose negligence and wantonness cause contributed to the Plaintiffs injuries, that whose true and correct names are unknown at this time, but will be substituted by amendment when ascertained, | * |
| Defendants. | * |

FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2005 APR 22 PH 3:46

## SUMMONS

This service of this summons is initiated upon the written request of Plaintiffs' attorney pursuant to the *Alabama Rules of Civil Procedure*.

NOTICE TO:   JEFFREY CAMPBELL
1017 Parkwood Circle
Birmingham, Alabama 35215

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

Mr. Michael J. Crow
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160

the attorney for the Plaintiffs. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_____
CIRCUIT CLERK

Dated: _____

EXHIBIT B