## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 13, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Shedrick Alexander    vs.  Con-Way Transportation Services, Inc.
Civil Action No.  2:05-cv-508(M)

The above-styled case has been  reassigned to Judge Myron H. Thompson.

Please note that the case number is now 2:05-cv-508(T).  This new case number should be used on all future correspondence and pleadings in this action.