IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SHEDRICK ALEXANDER,        )
                           )
    Plaintiff,             )
                           )    CIVIL ACTION NO.
    v.                     )      2:05cv508-T
                           )
CON-WAY TRANSPORTATION     )
SERVICES, INC., and        )
JEFFREY CAMPBELL,          )
                           )
    Defendants.            )
```

ORDER

It is ORDERED that plaintiff's motion to remand (Doc. No. 5) and plaintiff's motion for leave to amend complaint (Doc. No. 6) are set for submission, without oral argument, on June 24, 2005, with all briefs due by said date.

DONE, this the 15th day of June, 2005.

                                    /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE